# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**433**

**CA 15-00413**

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, DEJOSEPH, AND NEMOYER, JJ.

---

CELLINO & BARNES, P.C., PLAINTIFF-RESPONDENT,

V                                        MEMORANDUM AND ORDER

LAW OFFICE OF CHRISTOPHER J. CASSAR, P.C., AND
CHRISTOPHER J. CASSAR, DEFENDANTS-APPELLANTS.
(APPEAL NO. 2.)

---

THE LAW OFFICES OF CHRISTOPHER J. CASSAR, P.C., HUNTINGTON
(CHRISTOPHER J. CASSAR OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

CELLINO & BARNES, P.C., BUFFALO (GREGORY V. PAJAK OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

------------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered December 9, 2014. The order denied the motion of defendants for a change of venue.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Cellino & Barnes, P.C. v Law Office of Christopher J. Cassar, P.C.* ([appeal No. 1] ___ AD3d ___ [June 17, 2016]).

Entered: June 17, 2016                        Frances E. Cafarell
                                              Clerk of the Court